Nos. 25-1911, 25-1929

---

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

---

SPEX TECHNOLOGIES, INC.,
*Plaintiff-Cross-Appellant*,

v.

WESTERN DIGITAL TECHNOLOGIES, INC.,
*Defendant-Appellant*.

---

Appeal from the United States District Court
for the Central District of California
No. 8:16-cv-1799 (Hon. James V. Selna)

---

# UNOPPOSED MOTION FOR AN EXTENSION OF TIME

---

Thomas G. Hungar
*Principal Counsel*
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, NW
Washington, DC 20036
(202) 887-3784
THungar@gibsondunn.com

*Counsel for Western Digital Technologies, Inc.*

(*Additional counsel listed on signature page*)

Appellant Western Digital Technologies, Inc., respectfully moves, under Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), for a four-week extension of time within which to file its opening brief. That brief is currently due September 8, 2025, and it would be due October 6, 2025, if this extension is granted. This is Western Digital's first request for an extension of time. Counsel for Western Digital have notified counsel for Cross-Appellant SPEX Technologies, Inc., of this motion, and SPEX's counsel do not oppose it.

As set forth in the attached declaration of Thomas G. Hungar, there is good cause for this extension, including because counsel for Western Digital have professional commitments and pre-planned personal travel that will hinder their ability to prepare a brief by the current deadline.

Based on the foregoing, Western Digital respectfully requests a four-week extension of time, to and including October 6, 2025, to file its opening brief.

Dated: August 4, 2025

Respectfully submitted,

*/s/ Thomas G. Hungar*

Thomas G. Hungar
*Principal Counsel*
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, NW
Washington, DC 20036
(202) 887-3784
THungar@gibsondunn.com

Daniel J. Thomasch
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-3800

Frank P. Coté
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612
(949) 451-4090

Jason Lo
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7153

Stuart M. Rosenberg
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301
(650) 849-5389

L. Kieran Kieckhefer
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
(415) 393-8337

**DECLARATION OF THOMAS G. HUNGAR**

I hereby state the following:

1. I am a partner in the Washington, DC, office of Gibson, Dunn & Crutcher LLP. I am principal counsel for Appellant Western Digital Technologies, Inc., in this matter, and I submit this declaration pursuant to Federal Circuit Rule 26(b).

2. The opening brief is currently due September 8, 2025, and it would be due October 6, 2025, if this motion is granted.

3. This is Western Digital's first requested extension of time.

4. Good cause supports the requested extension. Counsel for Western Digital have several professional obligations in the weeks surrounding the opening brief's current deadline. Multiple members of Western Digital's team are preparing for trial in a patent case scheduled for trial in 2025. In connection with that case, a confidential mock trial is scheduled for September 8 and 9, and multiple briefs and other pre-trial filings are due throughout September. Further, Western Digital's counsel has multiple briefs throughout August and September in *Novartis Pharmaceuticals Corp. v. HEC Pharm Co., Ltd.*, No. 1:20-cv-00133-JLH (D. Del). Multiple attorneys for Western Digital also have pre-planned personal travel between now and the current opening brief deadline.

5. Counsel for Cross-Appellant SPEX Technologies, Inc., confirmed that SPEX does not object to this motion.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Executed on August 4, 2025

*/s/ Thomas G. Hungar*
Thomas G. Hungar

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A). The motion contains 154 words, excluding the parts authorized by Federal Rule of Appellate Procedure 27(a)(2)(B). This motion has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in Times New Roman, 14-point font.

Dated: August 4, 2025

*/s/ Thomas G. Hungar*
Thomas G. Hungar